IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY WAYNE LIGON, #247882,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE ALABAMA DEP'T OF  )<br>CORRECTIONS  )<br>CLASSIFICATION DIVISION,  )<br>*et al.*,  )<br>)<br>Defendant(s),  ) | CASE NO. 2:10-CV-1093-WKW |

## **ORDER**

On July 18, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 39.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 39) is ADOPTED;

2. Defendants' motion for summary judgment (Doc. # 7) is GRANTED;

3. this case is DISMISSED with prejudice; and

4. the costs of this proceeding are TAXED against Plaintiff.

DONE this 12th day of August, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE